# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## RECORD RETURN SLIP

June 30, 2009

No.: 08-4039

UNITED STATES OF AMERICA,
Plaintiff - Appellee

v.

ADAM B. RESNICK,
Defendant

APPEAL OF: DOMENIC POETA,

Contents of *Returned* Record:

| | |
|---|---|
| By (Name / Initials): | Eric Palles |
| Phone Number Or Extension: | Phone: 312/558-1689 |
| Date Returned: | 06/30/2009 |
| Pleadings: | 1 |
| Loose pleadings: | 1 |

Transcripts:                                                    4

Please sign and return to the Clerk of the United States Court of Appeals for the Seventh Circuit, Chicago, Illinois.

Returned By:

Signature: _____

Phone: _____

Date: _____

**NOTE:** Pursuant to Circuit Rule 11(e), no brief will be filed on behalf of an attorney or party if all parts of the record previously withdrawn are not returned to the Clerk's Office.

form name: **c7_Record_Return_Slip** (form ID: **171**)