

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604



MICHAEL W. DOBBINS
CLERK

312-435-5670

October 8, 2009

Mr. Gino J. Agnello, Clerk
U.S. Court of Appeals-Seventh Circuit
219 South Dearborn Street-Room 2722
Chicago, Illinois  60604

RE: USA v. Resnick

U.S.D.C. DOCKET NO. : 05cr9-1

U.S.C.A. DOCKET NO. : 08-4039

Dear Mr. Agnello:

Please find attached the supplemental record on appeal consisting of the following:

VOLUME(S) OF PLEADING(S)

VOLUME(S) OF TRANSCRIPT(S)

VOLUME(S) OF DEPOSITION(S)

EXHIBITS:                                    1 Volume of Trial Exhibits

VAULT ITEMS:

OTHER (SPECIFY):

SPECIAL NOTE:        *Case previously transmitted on 12/24/2008.*

Please acknowledge date of receipt of the above mentioned materials on the attached copy of this letter.

Very truly yours,

Michael W. Dobbins, Clerk

By:_____
       G. Jones, Deputy Clerk